UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORAL CAPITAL SOLUTIONS LLC,<br><br>                    Plaintiff,<br><br>            -against-<br><br>DISRUPT SOCIAL, LLC and EVAN HART BLOOMBERG,<br><br>                    Defendants. | 24-cv-3940 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is hereby directed to lift the stay in this case. Plaintiff must either voluntarily dismiss or move for default judgment on its remaining claims by July 18, 2025.

    SO ORDERED.

Dated: June 25, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge