UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                          :
CORAL CAPITAL SOLUTIONS LLC,                              :
                                                          :
                              Plaintiff,                  :
                                                          :
                    -v-                                   :          24-CV-3940 (AS)
                                                          :
                                                          :            ORDER
DISRUPT SOCIAL, LLC and EVAN HART                        :
BLOOMBERG,                                                :
                                                          :
                              Defendants.                 :
                                                          X
-------------------------------------------------------------------

ARUN SUBRMANIAN, United States District Judge:

      Defendants in this action appear to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall electronically serve a copy of this Order on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: July 18, 2025
      New York, New York

                                 ARUN SUBRAMANIAN
                               United States District Judge