UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORAL CAPITAL SOLUTIONS LLC,<br><br>                              Plaintiff,<br><br>         -against-<br><br>DISRUPT SOCIAL, LLC and EVAN HART BLOOMBERG,<br><br>                              Defendants. | 24-CV-3940 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at today's hearing, plaintiff is hereby ORDERED to submit a revised judgment to the Court by August 28, 2025, reflecting the Court's grant of summary judgment on the contract claims. *See* Dkt. 85. Plaintiff should serve a copy of this order and the transcript of today's hearing on defendants by the same channels as before and file proof of service on the docket.

      SO ORDERED.

Dated: August 21, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge