UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORAL CAPITAL SOLUTIONS LLC,<br><br>         Plaintiff,<br>-against-<br><br>DISRUPT SOCIAL, LLC and EVAN HART BLOOMBERG,<br><br>         Defendants. | Civ. Act. No. 1:24-cv-03940-AS<br><br>~~PROPOSED~~ JUDGMENT |

**WHEREAS,** this action having been commenced on May 21, 2024 by filing a complaint and request for issuance of summonses upon Defendants, and a corrected complaint having been filed on May 22, 2024, an amended complaint having been filed on June 3, 2024, and a second amended complaint ("Complaint") having been filed on December 5, 2024, and all the forgoing having been duly served upon Defendants;

**WHEREAS,** this Court having issued an Opinion and Order on May 16, 2025, granting Plaintiff summary judgment on Counts I and II of its Complaint;

**WHEREAS,** this Court having issued an Order on May 23, 2025, relieving Defendants' counsel from its representation of Defendants, and staying the case for 30 days to allow Defendants to obtain new counsel;

**WHEREAS,** Defendants having failed to appear or otherwise retain new counsel, and the time for doing so having expired;

**WHEREAS,** this Court having directed the Clerk of Court on June 25, 2025 to lift the stay in this case, and directing Plaintiff to move for default judgment on its remaining claims, Counts III and IV of its Complaint by July 18, 2025;

**WHEREAS,** the Clerk having issued a Certificate of Default on July 16, 2025 (ECF Dkt. No. 94);

**WHEREAS,** Plaintiff moved for default judgment on its remaining claims, and Defendants failed to respond;

**WHEREAS,** this Court held a hearing on August 21, 2025 on Plaintiff's default judgment motion and Defendants having failed to appear;

**NOW** on motion of attorneys for the Plaintiff; it is hereby

**ORDERED, ADJUDGED,** and **DECREED,** that Plaintiff Coral Capital Solutions LLC, with an address of 615 Seven Ponds Town Road, Southampton, New York 11968, have judgment against and recover of Defendants Disrupt Social, LLC, having an address at 165 6th Avenue, Unit 2301, San Diego, California 92101, and Evan Hart Bloomberg, having an address at 165 6th Avenue, Unit 2301, San Diego, California 92101, jointly and severally, on Counts I and II for breach of contract and Count III for fraud, in the sum of $1,511,819.44, together with statutory prejudgment interest at the rate of 9% per annum from the date of Defendants' last breach totaling $183,779.27, plus reasonable attorneys' fees, costs, and expenses totaling $205,700.25, amounting in all to the sum of $1,901,298.96, and that Plaintiff Coral Capital Solutions LLC have execution therefor.

Given the arguments presented in plaintiff's post-hearing letter, and on the basis of plaintiff's previously submitted filings, the Court is satisfied that plaintiff has met the standard for relief on Count III. The Clerk of Court is respectfully directed to terminate this case.

DATED: _September 2_, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge